UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X

Gary La Barbera, et al.,

                Plaintiff,        CV-08-3860 (CPS)

    - against -                      ORDER

Elite Ready Mix Corp.,

                Defendant.

----------------------------------------X

Gary La Barbera, et al.,

                Plaintiff,        CV-08-3861 (CPS)

    - against -

Greco Bros. Concrete of Long Island, Inc.,

                Defendant.

----------------------------------------X

       No objections to the Report and Recommendation of Magistrate Judge Cheryl L. Pollak dated August 14, 2009 having been filed by the parties, the Report and Recommendation is hereby adopted. The case is again referred to the Magistrate Judge for additional proceedings as set forth in the Report and Recommendation.

       The Clerk is directed to transmit a copy of the within to all parties and to the assigned Magistrate Judge.

       SO ORDERED.

Dated :    Brooklyn, New York
            August 26, 2009

                                         s/Hon. Charles P. Sifton
                                         _____
                                         United States District Judge